UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LAMONT ADAMS
      PLAINTIFF,

V.

TERRENCE X. TRACY
      DEFENDANT



9:21-CV-003
(GLS/ML)

---

PLAINTIFF ANSWER TO THE COURT ABOUT TIMELINESS

I LAMONT ADAMS, WERE PART OF A CLASS ACTION SUIT AGAINST DEFENDANT, AND I WITHDREW WITH THE UNDERSTANDING THAT TIME ISSUE WAS TOLLED FROM THE STARTED DATE OF THE CLASS.

1. PLAINTIFF'S FILED THEIR CLASS ACTION ON MAY 11, 2011

2. PLAINTIFF'S THEN FILED THIER AMENDED CLASS ACTION ON OCTOBER 20, 2011

3. THE DISTRICT COURT CERTIFIED THE CLASS ACTION ON JANUARY 28, 2015

4. PLAINTIFF CHOOSE TO OPT OUT FROM THE CLASS ACTION ON DECEMBER 20, 2020, THERE IS NO TIME STATUTE OF LIMITATIONS BECAUSE IT HAS BEEN TOLLED, IT REMAINS TOLLED FOR ALL MEMBERS OF THE PUTATIVE CLASS UNTIL CLASS CERTIFICATION IS DENIED.

5. PLAINTIFF CLAIM REMAIND TOLLED BEYOND CLASS CERTIFICATION AND TOLLING CONTINUES TO THE PRESENT, PLAINTIFF CLAIM IS TIMELY.

                                          RESPECTFULLY,

                                          LAMONT ADAMS, 10-A-3832
                                                PLAINTIFF