IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT ADAMS, <br><br>           Plaintiff, <br><br>      v <br><br> ANNUCCI, ET AL, <br><br>           Defendant. | **ORDER STAYING CASE AND REFERRING CASE TO PRISONER MEDIATION PROGRAM** <br><br> Case No.      9:21-CV-33   (FJS/ML) |

Plaintiff, **Lamont Adams,** has filed the above captioned pro se civil rights complaint pursuant to 42 USC § 1983. The purpose of the NDNY Prisoner Mediation Program is to promote the fair and speedy resolution of these matters. Pursuant to Local Rule 83.7, at any time after all parties have been served, a case may be referred a case to the NDNY Prisoner Mediation Program by means of a written order that specifies the deadline by which the mediation process must be completed. In the order, other activity in the case may be stayed for that period.

Therefore, with good cause appearing, the instant case is hereby referred to **Magistrate Judge Christian F. Hummel** for a mediation hearing to take place at the United States District Court, at a date to be determined. Magistrate Judge Hummel shall coordinate a time and date for the mediation hearing with all interested parties and/or their representatives. Upon the conclusion of the mediation proceedings, the referral of this matter shall be concluded and the assigned Judge and Magistrate Judge shall have jurisdiction as to all further matters in the action.

For the foregoing reasons and for good cause shown,

1. The case is hereby referred to the NDNY Prisoner Mediation Program.

2. All pretrial deadlines are hereby STAYED, until further Order of the Court.

IT IS SO ORDERED.

Dated : May 20, 2024

Brenda K. Sannes
Chief U.S. District Judge